CONSENT FOR MODIFICATION OF SUPERVISED RELEASE/PROBATION

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**

**APR 5 – 2017**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal No. CR15-129 |
| | ) |
| Josea Lorenzo Hicks | ) |
| Defendant | ) |

## CONSENT TO MODIFY PROBATION/SUPERVISED RELEASE

The parties agree the defendant's conditions of supervised release/probation should be modified and being no objection thereto, IT IS RECOMMENDED THAT the defendant's conditions of supervised release/probation are modified as follows: (state modification, e.g. that he spend 60 days of his term in an inpatient treatment facility). to require a period of electronic monitoring of four months.

Dated: April 4, 2017

_____
U.S. Magistrate Judge

Failure to file timely objections to the findings and recommendations set forth in this report may waive your right of appeal from an order of the District Court adopting such findings and recommendations. See Thomas v. Arn, 474 U.S. 140 (1985).

The magistrate judge having recommended that the conditions of the defendant's supervised release/probation be modified and there being no objection thereto, IT IS ORDERED that the recommendation of the magistrate judge is accepted in light of the parties' consent.

Dated: April 5, 2017

_____
U.S. District Judge